**John R. WELLS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51999.**

Missouri Court of Appeals,
Western District.

May 21, 1996.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Asst. Attorney General, Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

**ORDER**

PER CURIAM.

From an order denying relief under Rule 24.035 on the basis of the escape rule, the Movant requests relief for failure to find whether his escape adversely affected the criminal justice system. Affirmed. Rule 84.16(b).

**Charles ROWELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51659.**

Missouri Court of Appeals,
Western District.

May 21, 1996.

Judith C. LaRose, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Attorney General, Jefferson City, for respondent.

Before FENNER, C.J., P.J., and HANNA and ELLIS, JJ.

**ORDER**

PER CURIAM.

Appeal from the dismissal, without evidentiary hearing, of Rule 29.15 post-conviction motion as being untimely filed.

Judgment affirmed. Rule 84.16(b).